### First National Bank of Iowa City v. Hershire, Treasurer.

1. Taxation: BANKS. An assessment against a shareholder in a bank organized under the national banking act does not authorize the seizure of property of the bank to satisfy the same.
2. —— Whether, under chapter 153, laws twelfth general assembly, the bank would be held liable for the payment of such taxes, in a proceeding against it, *quere*.

*Appeal from General Term, Eighth Judicial District (Johnson County).*

### Friday, January 27.

The treasurer of Johnson county seized a package of United States and national bank bills, the property of plaintiff, for the payment of taxes assessed upon the shares of the stockholders, for the year 1868. The plaintiff replevied. Trial before the judge of the first circuit, eighth judicial district, and judgment for plaintiff. Appeal to general term, where judgment of circuit court was affirmed. Defendant appeals.

*Gaston & Williams* and *Robinson & Patterson* for the appellants.

*Edmonds & Ransom* for the appellees.

First National Bank of Iowa City v. Hershire.

.DAY, Ch. J. — Whether, under the provisions of chapter 153, laws twelfth general assembly, banks organized in this State pursuant to provisions of acts of congress are liable absolutely for the payment of taxes assessed upon the shares of stockholders, or only when it is shown that dividends have been declared in favor of the shareholders, is a question upon which the court, as now advised, is not · agreed. And, as its consideration is not necessary to a determination of the case, we waive its consideration for the· present. We unite in the opinion that the treasurer was not authorized to *seize* the property of the bank for the tax.

The tax, under the law, must be assessed against the shareholder. .Section 756· of the Revision makes it the duty of every person subject to taxation, to attend at the office of the treasurer and pay his taxes, and provides that, if he neglects to pay them before the first day of February following the levy of the tax, the treasurer shall make the same by distress and sale of his personal property, and the tax list is made a sufficient warrant for such distress.

An assessment against a shareholder, however, does not authorize the seizure of the property of the bank for its liquidation. If the bank is liable for the payment of the tax, the liability is to be enforced by ordinary process of law.

For the reason that there was no authority for *seizing* the property of the bank, the judgment of the general term is

Affirmed.